UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

APOTHECARY DEVELOPMENT
CORPORATION, LARRY G. HEINE and
SUSAN K. HEINE,

      Plaintiffs,

v.                                       Case No:   2:10-cv-392-FtM-38DNF

CITY OF MARCO ISLAND FLORIDA
and THOM CARR,

      Defendants.
_____/

### **ORDER[1]**

This matter comes before the Court on Defendants' Motion for Leave to File Documents under Seal Pursuant to Stipulated Protective Order [D.E. 81] (Doc. #111) filed on November 1, 2013. Defendants have filed a motion for summary judgment. (Doc. #110). Pursuant to the stipulated protective order, (Doc. #81), Defendants wish to file under seal Exhibits 11 through 14 that accompany the motion for summary judgment. Defendants wish to file all other documents not deemed confidential with the Court in the conventional manner. Plaintiffs do not oppose the motion.

      Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

Defendants' Motion for Leave to File Documents under Seal Pursuant to Stipulated Protective Order [D.E. 81] (Doc. #111) is **GRANTED**. The Clerk is directed to file under seal Exhibits 11 through 14 that accompany Defendants' motion for summary judgment. (Doc. #110-11, Doc. #110-12, Doc. #110-13, Doc. #110-14). These exhibits will be maintained under seal until the conclusion of this case. On or before that date, counsel may request that the documents be returned or destroyed.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of November, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record